UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD LANG, | Case No. 5:25-cv-01100-JWH (JDE) |
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| RAUL MORALES, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the Petition (Dkt. 1); the Answer to the Petition (Dkt. 18) and supporting records; and the Report and Recommendation of the assigned magistrate judge (Dkt. 29, the "Report").  No party filed a timely objection to the Report.  The Court accordingly hereby **ORDERS** as follows:

1.    The findings and recommendation of the Magistrate Judge are **ACCEPTED**.

2.    Judgment shall be entered **DENYING** the Petition and **DISMISSING** this action **with prejudice**.

**IT IS SO ORDERED.**

Dated:  April 29, 2026

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

2