JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FLOYD LANG,

       Petitioner,

   v.

RAUL MORALES, Warden,

       Respondent.

Case No. 5:25-cv-01100-JWH (JDE)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition is **DENIED** and this action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Dated:  April 29, 2026

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

2